# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
07/14/2025
CT Log Number 549599657

## Service of Process Transmittal Summary

**TO:** Austin Ellis
Mercedes-Benz Usa, LLC
ONE MERCEDES-BENZ DRIVE
SANDY SPRINGS, GA 30328-4312

**RE:** Process Served in Michigan

**FOR:** Mercedes-Benz USA, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Berg Liquor Systems, LLC // To: Mercedes-Benz USA, LLC |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Proof of Service, Complaint |
| **COURT/AGENCY:** | 16th Circuit Court - Macomb County, MI<br>Case # 20252532CB |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - Mercedes-Benz Sprinter van |
| **PROCESS SERVED ON:** | The Corporation Company, Plymouth, MI |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 07/14/2025 postmarked on 07/08/2025 |
| **JURISDICTION SERVED:** | Michigan |
| **APPEARANCE OR ANSWER DUE:** | Within 28 days |
| **ATTORNEY(S)/SENDER(S):** | H. William Burdett, Jr.<br>Winthrop & Weinstine, P.A.<br>225 South 6th Street<br>Suite 3500<br>Minneapolis, MN 55402<br>612-604-6400 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/15/2025, Expected Purge Date: 07/20/2025<br><br>Image SOP<br><br>Email Notification,  Tiffany Moore  tiffany.m.moore@mbusa.com<br><br>Email Notification,  Abigail Baughman  abigail.baughman@mbusa.com<br><br>Email Notification,  Austin Ellis  austin.ellis@mbusa.com<br><br>Email Notification,  Natalie Mellon  natalie.mellon@mbusa.com<br><br>Email Notification,  Liliana Salinas  liliana.salinas@mbusa.com<br><br>Email Notification,  Brooks Suttle  brooks.suttle@mbusa.com<br><br>Email Notification,  Lex Wells  awells@bakerdonelson.com<br><br>Email Notification,  Brittany Wilson  brittany.wilson@mbusa.com |



**CT Corporation**
**Service of Process Notification**
07/14/2025
CT Log Number 549599657

| | |
|---|---|
| **REGISTERED AGENT CONTACT:** | The Corporation Company<br>40600 Ann Arbor Road E<br>Suite 201<br>Plymouth, MI 48170<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |
| **REMARKS:** | Please note VIN is not available in the document |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# Service of Process

**Date:** Mon, Jul 14, 2025
**Location:** MI
**Job ID:** 671897-67
**Method of Service:** Traceable Mail
**Portal UID:** 671897-7453675

| Inserts | | |
|---|---|---|
| | | |





**CERTIFIED MAIL®**

9589 0710 5270 2527 4206 96



US POSTAGE
$018.89⁰
First-Class - IM
ZIP 55402
07/08/2025
034A 0081801934

**WINTHROP & WEINSTINE**

CAPELLA TOWER | SUITE 3500    225 South 6th Street   Minneapolis, MN 55402    *A Professional Association*

27530.1

Mercedes-Benz USA, LLC
c/o The Corporation Company
40600 Ann Arbor Road E
Suite 201
Plymouth, Michigan 48170





**WINTHROP & WEINSTINE**

July 8, 2025

H. William Burdett, Jr.
Direct Dial: (612) 604-6434
Main Fax: (612) 604-6800
bburdett@winthrop.com

**VIA CERTIFIED U.S. MAIL**

Mercedes-Benz USA, LLC
c/o The Corporation Company
40600 Ann Arbor Road E
Suite 201
Plymouth, Michigan 48170

Re:   *BERG LIQUOR SYSTEMS LLC VS. MERCEDEZ BENZ USA LLC*
      Case No. 2025-002532-CB

To Whom it May Concern:

Please find enclosed and served upon you copies of the Summons and Complaint in the above action.

Sincerely,

WINTHROP & WEINSTINE, P.A.

*/s/ H. W. Burdett/*

H. William Burdett, Jr.

Enclosures

32108782v1

FILED by Macomb County Circuit Court
7/8/2025

2025-002532-CB
BERG LIQUOR SYST

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|
| **STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT**<br>**16TH    JUDICIAL CIRCUIT**<br>**MACOMB           COUNTY** | **SUMMONS** | **CASE NUMBER**<br>2025-2532-CB<br>**KATHRYN A. VIVIANO** |

Court address: 40 N Main St, Mt Clemens, MI 48043
Court telephone number: (586) 469-7171

**Plaintiff's name, address, and telephone number**
Berg Liquor Systems, LLC
2160 Industrial Drive,
Monona, Wisconsin 53713

v

**Defendant's name, address, and telephone number**
Mercedes-Benz USA, LLC
40600 Ann Arbor Road E, Suite 201,
Plymouth, Michigan 48170

**Plaintiff's attorney bar number, address, and telephone number**
H. William Burdett, Jr. (P63185)
WINTHROP & WEINSTINE, P.A.
P.O. Box 15038
Lansing, Michigan 48901
(612) 604-6434

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☑ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.   **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Issue date: JUN 17 2025     Expiration date: SEP 16 2025     Court clerk: ANTHONY FORLINI

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23) SUMMONS
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

Summons (3/23)                                                      Case Number 2025-2532-CB

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served    ☐ personally    ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)    a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
|  |  |
| Place or address of service | |
|  | |
| Attachments (if any) | |
|  | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____
Attachments (if any)                           Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

FILED by Macomb County Circuit Court
6/17/2025

2025-002532-CB
BERG LIQUOR SYSTEMS LLC VS. MERCEDEZ BENZ USA LLC

## STATE OF MICHIGAN
## IN THE MACOMB COUNTY CIRCUIT COURT

BERG LIQUOR SYSTEMS, LLC,

        Plaintiff,

v.

MERCEDES-BENZ USA, LLC,

        Defendant.

Case No.: 2025-002532 -CB

Hon. Kathryn A. Viviano

---

H. William Burdett, Jr. (P63185)
WINTHROP & WEINSTINE, P.A.
P.O. Box 15038
Lansing, Michigan 48901
(612) 604-6434
bburdett@winthrop.com
*Attorneys for Plaintiff*

---

There is no other pending or resolved civil litigation arising out of the transaction or occurrence alleged in the Complaint.

### COMPLAINT FOR DAMAGES

Plaintiff Berg Liquor Systems, LLC ("Berg"), through counsel, states as follows for its Verified Complaint for Damages against Defendant Mercedes-Benz USA, LLC. ("MBUSA"):

### Parties, Jurisdiction, and Venue

1. Berg is a Wisconsin limited liability company with its principal place of business located at 2160 Industrial Drive, Monona, Wisconsin 53713.

2. MBUSA is a Delaware limited liability company with its Michigan registered agent office located at 40600 Ann Arbor Road E, Suite 201, Plymouth, Michigan 48170.

3. This Court has personal jurisdiction pursuant to MCL 600.711(3) because MBUSA engages in continuous and systematic business within the state of Michigan.

4. The subject matter of this action involves a claim under Michigan's New Motor Vehicle Warranties law (the "Lemon Law"), MCL § 257.1401 et seq., relating to the purchase of

a new motor vehicle that was both purchased and delivered in Macomb County, Michigan. Accordingly, venue is proper in this Court pursuant to MCL § 600.1627 because all or part of the cause of action arose in Macomb County, Michigan.

5. Pursuant to MCR § 2.112(O) and MCL § 600.8035(3), this action meets the statutory requirements to be assigned to the Business Court because both parties are business enterprises, and, therefore, this action involves a "business or commercial dispute" as defined by 600.8031(1)(c)(i).

6. Berg seeks damages in excess of $25,000.

## General Allegations

**I.  Berg acquired the Mercedes-Benz Sprinter van because it needed a reliable utility vehicle for frequent cross-country business trips.**

7. Berg manufactures, installs, and services controlled alcohol dispensing systems for bars, restaurants, and nightclubs and has customers located nationwide.

8. Steve Barton owns Berg and personally travels cross-country to call on Berg's customers, install new alcohol control systems, and service existing systems.

9. Berg was in the market for a new and reliable utility vehicle and decided to purchase a Mercedes-Benz Sprinter van (the "Vehicle"). Reliability was the most important factor in Berg's decision to purchase the Vehicle given Mr. Barton's frequent cross-county work trips.

10. On November 8, 2023, Berg entered into a contract to purchase the Vehicle from a Mercedes-Benz dealer located in St. Clair Shores, Michigan.

11. Two days later, on November 10, 2023, Berg purchased the Vehicle for $100,983.92 and a seven-year or 140,000-mile extended warranty for an additional $5,825.00. Berg took actual delivery of the Vehicle that same day, November 10, 2023.

**II.     The Vehicle has a loss of power issue that substantially impairs its value to Berg, and the condition remains unabated despite repeated efforts to repair the condition.**

12.     The Vehicle began presenting loss of power issues as early as February 29, 2024.

13.     On February 29, 2024, Berg had the Vehicle serviced at an authorized Merecedes-Benz dealer because the check-engine light was illuminated and the Vehicle would lose power while driving.

14.     The service technician noted that the vehicle reported low fuel pressure and the likely cause of the loss of power was operating the Vehicle with low fuel.

15.     But, the loss of power issue continued unabated and worsened, requiring substantial efforts to repair the loss of power condition on at least four separate occasions.

16.     In early November 2024, Mr. Barton was experiencing loss of power while on a work trip, and he had to repeatedly restart the Vehicle to regain power.

17.     On November 11, 2024, Mr. Barton brought the Vehicle to an authorized Mercedes-Benz dealer in New Hampshire for service and repairs related to the loss of power. The dealer's service technician confirmed the loss of power issue, stating that the Vehicle "will no[t] accelerate past 60 mph" and "[t]he boost pressure is too low." The service technician also noted that there was "black soot in the tail pipe." The service technician replaced or repaired several components of the exhaust system. After five days of attempted repairs the Vehicle was returned to Berg on November 15, 2024.

18.     Four days later, on November 19, 2024, Mr. Barton again experienced a loss of power while driving and took the Vehicle to an authorized Mercedes-Benz dealer for repairs. The service technician again attempted to repair the loss of power issue by replacing several components of the exhaust system. After fourteen days of attempted repairs, the Vehicle was returned to Berg on December 3, 2024.

19. Six days later, on December 9, 2024, Mr. Barton was again forced to take the Vehicle to an authorized Mercedes-Benz dealer to repair its loss of power issues. In addition to other repairs, the service technician attempted to repair the loss of power issue by replacing the turbocharger. After eleven days of attempted repairs, the Vehicle was returned to Berg on December 20, 2024.

20. Three days later, on December 23, 2024, Mr. Barton again took the Vehicle in to an authorized Mercedes-Benz dealer after experiencing loss of power issues and a severe oil leak. The service technician confirmed the severe oil leak, stating that "oil was coated under the entire vehicle [and] was 8 quarts low." The technician found that the oil leak was associated with the turbocharger and informed Mr. Barton that the turbocharger needed to be replaced again. The technician further advised that the entire exhaust system needed to be removed and cleaned so the Vehicle would not catch fire. After 25 days of attempted repairs, the Vehicle was returned to Berg on January 16, 2025.

21. Given the substantial and unsuccessful repair efforts, Berg has lost all confidence in the reliability of the Vehicle.

22. On January 24, 2025, Berg sent written notification to MBUSA through its Customer Assistance Center requesting that MBUSA repurchase the Vehicle from Berg.

23. On March 26, 2025, MBUSA denied Berg's request and made no further offer or attempt to repair the Vehicle as required by MCL § 257.1403(5)(a).

24. On May 23, 2025, Berg, through counsel, sent a Demand Letter to MBUSA, again requesting that MBUSA repurchase the Vehicle.

25. On May 30, 2025, MBUSA again denied the repurchase request.

26. Berg seeks judgment as set forth below.

### Count I – Violation of MCL § 257.1401 *et seq.*, Michigan's New Motor Vehicle Warranties Statute

27. Berg restates the foregoing paragraphs as if fully set forth here.

28. Michigan's New Motor Vehicle Warranties statute (the "Lemon Law") applies to all new motor vehicles sold to the original consumer on or after June 25, 1986. See MCL § 257.1409. The term "new motor vehicles" includes motor vehicles purchased in the state of Michigan and covered by a manufacturer's express warranty at the time of purchase. MCL § 257.1401(g). The term "consumer" is defined, in relevant part, as "a person who purchases or leases less than 10 new motor vehicles a year." MCL § 257.1401(a)(ii). "Person" is defined as any legal entity, including business and corporate entities. See MCL § 257.1401(i).

29. On November 10, 2023, Berg purchased a new Mercedes-Benz Sprinter van from A Mercedes-Benz Dealer located in Saint Clair Shores, Michigan. The Vehicle was covered by an express warranty at the time Berg purchased it. Berg is a corporate entity that purchases or leases less than 10 new motor vehicles a year; therefore, Berg constitutes a "consumer" as that term is defined by MCL §§ 257.1401(a)(ii) and 257.1401(i). Accordingly, Michigan's New Motor Vehicle Warranties statute applies to the Vehicle and transaction at issue.

30. Under Michigan's Lemon Law, a consumer may demand that the manufacturer repurchase a motor vehicle where (1) a defect or condition either impairs the use or value of the vehicle to the consumer or prevents it from conforming to the manufacturer's express warranty; (2) the defect or condition is reported to the manufacturer or dealer within one year from delivery or prior to expiration of the express warranty, whichever is earlier; and (3) the defect or condition continues to exist after a reasonable number of attempts to repair it. See MCL §§ 257.1402–.1403. Efforts to repair the same condition on four or more occasions within two years is presumptively reasonable. See MCL § 257.1403(5).

31. Berg purchased the Vehicle because it required a reliable vehicle for Mr. Barton's frequent cross-country work trips.

32. Berg purchased and took actual delivery of the Vehicle on November 10, 2023.

33. Berg first noticed the loss of power condition on or around February 29, 2024—approximately two months after taking delivery of the Vehicle.

34. On February 29, 2024, Berg had the Vehicle serviced at an authorized Mercedes-Benz dealer, in part, because the Vehicle was experiencing loss of power issues.

35. More substantial efforts to repair the loss of power issue were attempted on at least four occasions: November 11, 2024; November 19, 2024; December 9, 2024; and December 23, 2024.

36. The loss of power issue continues to exist despite at least four attempts to repair the vehicle.

37. Berg has lost all confidence in the reliability of the Vehicle and has since purchased a new utility vehicle for Mr. Barton's frequent work trips. Accordingly, the loss of power condition has substantially impaired the value of the Vehicle to Berg.

38. On January 24, 2025, Berg sent written notification of its desire to exercise its rights under Michigan's Lemon Law.

39. On March 26, 2025, MBUSA responded to Berg's written notification and declined to refund, replace, or attempt further repair of the Vehicle.

40. On May 23, 2025, Berg, through counsel, sent a Demand Letter to MBUSA seeking MBUSA's repurchase of the Vehicle.

41. On May 30, 2025, MBUSA again denied the repurchase request.

42. Under MCL § 257.1407(2), a consumer who prevails in any action brought under Michigan's New Motor Vehicle Warranties statute may recover reasonable attorneys' fees, costs, and expenses as a part of the judgment.

43. Berg seeks judgment as set forth below.

## Count II – Unjust Enrichment

44. Berg restates the foregoing paragraphs as if fully set forth here.

45. Berg purchased the Vehicle from MBUSA for $100,983.92, and an extended warranty for an additional $5,825.00, with the primary expectation of receiving a reliable utility vehicle.

46. Berg required a reliable utility vehicle to better and more effectively service its customers throughout the country.

47. MBUSA received a benefit when it received payment in-full from Berg.

48. Berg did not receive the benefit of its bargain because it received an unreliable vehicle that experienced frequent and substantial performance issues, requiring repeated servicing and repairs despite being only eighteen-months old.

49. The Vehicle's unreliability and performance issues imposed a substantial burden on Berg's ability to service its customers throughout the country.

50. Berg did not receive the benefit of its bargain because the Vehicle's unreliability imposed a substantial burden that impeded Berg's ability to service its customers.

51. Accordingly, MBUSA has been unjustly enriched because it received the benefit of the purchase price from Berg, and it would be unjust to allow MBUSA retain that benefit when Berg did not receive the benefit of its bargain.

52. Berg seeks judgment as set forth below.

## Relief Requested

WHEREFORE, Berg respectfully requests that this Court enter Judgment in its favor and against Defendant as follows:

1. Compel MBUSA to accept return of the Vehicle and issue a refund to Berg in the amount of $100,983.92, the purchase price of the Vehicle.

2. Compel MBUSA to issue a refund to Berg in the amount of $5,825.00, the purchase price of the seven-year or 140,000-mile extended warranty.

3. Award Berg its reasonable attorneys' fees, costs, and expenses.

                                    Respectfully submitted,

                                    WINTHROP & WEINSTINE, P.A.

Dated: June 17, 2025                  By: */s/ H. William Burdett, Jr.*
                                        H. William Burdett, Jr. (P63185)
                                  P.O. Box 15038
                                  Lansing, Michigan 48901
                                  (612) 604-6434
                                  bburdett@winthrop.com
                                  *Attorneys for Plaintiff*

31797950v2